Trustee Name, Address, Phone, Fax, Email:

Howard M. S. Hu
Chapter 13 Trustee
1132 Bishop Street, 301
Honolulu, HI 96813
Telephone: (808) 526-3083
Fax: (808) 531-8844
Email: CHAPT13HI@AOL.COM

For court use only

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2016 APR 21 A 11: 05

MICHAEL B. DOWLING
CLERK OF COURT

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

Case No.: **15-00836**

In re:
PAUL MALALA
SAGAGA ESETA MALALA

Chapter: 13

PAID

Debtor(s).

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:
This payment represents funds remaining unpaid on the claims(s) listed below.

$ 8,786.96

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 012 | DPR INVESTMENTS DBA AARONS<br>98-199 KAMEHAMEHA HWY., SUITE F1<br>AIEA, HI 96701 | $ 3,470.06 | $ 3,525.02 |
| | | $ 2,775.00 | $ 2,775.00 |
| | | $ 2,486.94 | $ 2,486.94 |

*[Attach continuation sheets if necessary.]*

Date: April 20, 2016

/s/ _____
Trustee

hib_3011    5/05